UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Erick Blackwood-Head aka Erick Head,
an individual, registered voter, and victim of human trafficking,
Plaintiff,

v.

DEMOCRATIC NATIONAL COMMITTEE,
a political organization,
REPUBLICAN NATIONAL COMMITTEE,
a political organization,
Defendants.

Case: 1:25-cv-03405   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/29/2025
Description: Pro Se Gen. Civil (F-DECK)

Case No.: [To be assigned]

COMPLAINT FOR CIVIL CONSPIRACY, RACKETEER INFLUENCED AND CORRUPT
ORGANIZATIONS ACT VIOLATIONS, AIDING AND ABETTING HUMAN TRAFFICKING, AND
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
DEMAND FOR JURY TRIAL

Plaintiff Erick Blackwood-Head ("Plaintiff"), pros se,, brings this Complaint against Defendants
Democratic National Committee ("DNC") and Republican National Committee ("RNC")
(collectively, "Defendants" or "Major Parties"), and alleges as follows:

INTRODUCTION

1.  This action arises from a longstanding conspiracy by the Major Parties to rig national
    elections in the United States, depriving American voters, including Plaintiff, of their
    constitutional right to free and fair elections. This conspiracy is evidenced by public
    admissions, contradictory statements from party leaders, and coordinated efforts to
    suppress evidence of electoral manipulation.

2.  Compounding this electoral fraud, the Major Parties have conspired to cover up
    widespread human trafficking operations, including those associated with Jeffrey
    Epstein, whose network implicated high-profile figures from both parties. These
    cover-ups involve withholding documents, influencing investigations, and protecting
    participants, thereby enabling ongoing violations of federal law.

3.  Plaintiff is personally a victim of human trafficking, having been exploited through
    coercion, manipulation, and abuse facilitated by networks connected to elite figures
    protected by the Major Parties. The Defendants have further conspired to cover up

Plaintiff's specific victimization, suppressing evidence and intimidating potential witnesses.

4.  Additionally, the Major Parties have leveraged their connections to state bar associations and prominent law firms to deny Plaintiff access to legal representation, including through informal blacklisting, threats of professional repercussions, and coordinated refusals to take the case. This denial has exacerbated Plaintiff's trauma, prolonging the abuse and preventing access to justice.

5.  As a registered voter, U.S. citizen, and direct victim, Plaintiff has suffered irreparable harm through diluted voting rights, physical and emotional trauma from trafficking, loss of faith in democratic institutions, and ongoing denial of legal remedies. Plaintiff seeks declaratory relief, injunctive relief to prevent future rigging and cover-ups, and compensatory and punitive damages.

JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), as this action arises under federal laws including 42 U.S.C. § 1985, 18 U.S.C. § 1961 et seq. (RICO), and 18 U.S.C. § 1595 (TVPRA). Supplemental jurisdiction over state claims (e.g., IIED) is proper under 28 U.S.C. § 1367.

7. This Court has personal jurisdiction over Defendants, as both maintain principal offices or conduct substantial business in the District of Columbia, and the acts complained of occurred nationwide, including in this District.

8. Venue is proper in this District under 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to the claims occurred here, including national party operations and federal investigations into Epstein.

**PARTIES**

9. Plaintiff John Doe is an individual residing in Texas, a registered voter who participated in the 2020 and 2024 presidential elections, and a survivor of human trafficking. Plaintiff brings this action pseudonymously to protect against potential retaliation and further victimization, with leave to amend upon motion.

10. Defendant DNC is a political organization headquartered in Washington, D.C., responsible for nominating Democratic candidates and influencing national elections.

11. Defendant RNC is a political organization headquartered in Washington, D.C., responsible for nominating Republican candidates and influencing national elections.

**FACTUAL ALLEGATIONS**

## A. Conspiracy to Rig National Elections

12. The Major Parties have engaged in a bipartisan conspiracy to manipulate election outcomes, ensuring mutual control over the political system at the expense of voters' rights.

13. On January 19, 2025, during a public event broadcast on C-SPAN, former President Donald J. Trump (Republican) stated that plans for the 2026 FIFA World Cup were made during his first term, but "they rigged the election, and I became president. So that was a good thing." This statement admits to rigging in the 2024 election, which resulted in Trump's victory and inauguration in 2025. The clip, titled "User Clip: Trump admits they rigged the election," has been widely shared as evidence of admission.

14. In contrast, President Joe Biden (Democrat) repeatedly claimed the 2020 election was "free and fair," despite ongoing disputes and investigations. These contradictory statements from party leaders indicate a coordinated effort to obscure rigging practices, with one party denying past manipulations while the other inadvertently admits to current ones.

15. The conspiracy involves tactics such as voter suppression, gerrymandering, and influence over election certification processes, perpetuated by both parties to maintain a duopoly.

16. Plaintiff voted in these elections believing they were fair, but the rigging diluted his vote and undermined the democratic process, causing emotional distress and loss of trust.

## B. Conspiracy to Cover Up Human Trafficking Operations, Including Plaintiff's Victimization

17. Jeffrey Epstein operated a human trafficking network involving sex trafficking of minors, with connections to prominent figures in both Major Parties.

18. Revelations from court filings and investigations show Epstein's ties to former President Bill Clinton (Democrat), former President Donald Trump (Republican), and others, including flights on Epstein's plane and social interactions.

19. Despite promises, no comprehensive "client list" has been released, with the Department of Justice (under the Trump administration in 2025) acknowledging a lack of evidence but facing accusations of withholding files.

20. Both parties have engaged in cover-ups: The Trump administration delayed or obstructed releases, leading to congressional subpoenas and lawsuits for records. Victims and advocates describe this as a "smack of a cover-up."

21. Democratic figures have similarly minimized connections, with allegations of bipartisan protection to shield elite members.

22. Plaintiff was personally victimized by human trafficking operations linked to these networks, suffering [assassination threats in 2011, stalking and harassment since as early as 2008, and "coercion into exploitative situations, physical and psychological abuse, and forced labor or services" between 2021 and 2025]. This victimization was facilitated by individuals with ties to high-profile party affiliates who benefited from the Major Parties' protective umbrella.

23. The Major Parties conspired to cover up Plaintiff's specific case by suppressing evidence, influencing local investigations to stall or dismiss complaints, and coordinating with media outlets to discredit Plaintiff's accounts. This cover-up has prevented accountability and allowed perpetrators to evade justice.

24. This conspiracy has enabled continued trafficking, harming society and directly prolonging Plaintiff's suffering through unaddressed trauma and lack of closure.

## C. Denial of Legal Representation Through Connections to Bar Associations and Law Firms

25. To further exacerbate Plaintiff's abuse, the Major Parties have used their extensive influence over state bar associations and major law firms—many of which are staffed by party donors, former officials, or affiliates—to deny Plaintiff access to competent legal representation.

26. This includes informal communications warning attorneys against taking Plaintiff's case, threats of professional ostracism or loss of referrals, and coordinated rejections from multiple firms despite Plaintiff's attempts to secure counsel.

27. As a result, Plaintiff has been forced to proceed pro se or with inadequate assistance, intensifying emotional distress, delaying justice, and perpetuating the cycle of abuse stemming from the trafficking and cover-ups.

## CAUSES OF ACTION

### First Cause of Action: Civil Conspiracy Under 42 U.S.C. § 1985(3)

28. Plaintiff realleges paragraphs 1-27.

29. Defendants conspired to deprive Plaintiff of equal protection under the law by rigging elections and covering up trafficking (including Plaintiff's case), in violation of the right to vote (U.S. Const. amends. XIV, XV) and access to courts.

30. Acts include admissions of rigging, contradictory denials, suppression of evidence, and denial of representation, causing injury to Plaintiff's voting rights and personal well-being.

### Second Cause of Action: Violation of RICO, 18 U.S.C. § 1962(c)-(d)

31. Plaintiff realleges paragraphs 1-27.

32. Defendants operated as an enterprise engaging in racketeering activities, including mail/wire fraud (election misinformation), obstruction of justice (Epstein and personal cover-ups), and witness tampering (denial of representation).

33. This pattern proximately caused Plaintiff's injuries, including economic harm from a rigged system, physical/emotional trauma from trafficking, and barriers to legal redress.

**Third Cause of Action: Aiding and Abetting Human Trafficking Under TVPRA, 18 U.S.C. § 1595**

34. Plaintiff realleges paragraphs 1-27.

35. Defendants knowingly benefited from and facilitated Epstein's trafficking network, as well as Plaintiff's victimization, by covering up evidence and denying access to justice, entitling Plaintiff to civil remedies as a direct victim.

**Fourth Cause of Action: Intentional Infliction of Emotional Distress**

36. Plaintiff realleges paragraphs 1-27.

37. Defendants' extreme and outrageous conduct—including covering up Plaintiff's trafficking and orchestrating denial of legal representation—intentionally or recklessly caused severe emotional distress to Plaintiff, exacerbating trauma and abuse.

PRAYER FOR RELIEF
WHEREFORE, Plaintiff prays for: a. Declaratory judgment that Defendants' actions are unlawful; b. Permanent injunction against future rigging, cover-ups, and interference with legal representation; c. Compensatory damages of $5,000,000 (accounting for personal victimization); d. Punitive damages of $20,000,000; e. Attorneys' fees and costs; f. Such other relief as the Court deems just.

Dated: August 13, 2025
Respectfully submitted,
/s/ Erick Blackwood-Head
Erick Blackwood-Head, Pro Se

2202 Nodding Pines Dr, Apt 233
Corpus Christi, TX 78414
361-463-9030
Kirect1@gmail.com

DEMAND FOR JURY TRIAL
Plaintiff demands a trial by jury on all triable issues.